IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:21CR18** |
| vs. | |
| JOSE E. GARCIA, | **ORDER** |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Richard H. McWilliams to withdraw as counsel for the defendant, Jose E. Garcia (Filing No. 64).  Jason E. Troia has filed an entry of appearance as retained counsel for Jose E. Garcia.  Therefore, Richard H. McWilliams' motion to withdraw (Filing No. 64) will be granted.

Richard H. McWilliams shall forthwith provide Jason E. Troia any discovery materials provided to the defendant by the government and any such other materials obtained by Richard H. McWilliams which are material to Jose E. Garcia's defense.

The clerk shall provide a copy of this order to Jason E. Troia.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge